UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BANCROFT OWNERS INC.,                    Case No.: 1:20-CV-4914

                Petitioner,

                                                        **NOTICE OF APPEARANCE**

   - against –

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                Respondent.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that on behalf of Respondent NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO, the undersigned attorney, admitted to practice before this Court, appears as counsel of record.

Dated: New York, New York
         June 26, 2020

                                     PITTA LLP

                                     By: _____/s_____
                                          Joseph Farelli, Esq.
                                          120 Broadway, 28th Floor
                                          New York, NY 10271
                                          Telephone: 212-652-3831
                                          Facsimile: 212-652-3891

{00674816-1}