UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BANCROFT OWNERS INC.,

                       Petitioner,

v.

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                       Respondent.

------------------------------------------------------------- X

**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

20 Civ. 4914 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      THIS MATTER having been opened to the Court by Petitioner, Bancroft Owners Inc. ("Petitioner"), through its attorneys Milman Labuda Law Group PLLC, and the Court having considered the Petition filed herein, together with the affidavit submitted in support of Petitioner's application for preliminary injunctive relief and exhibits annexed thereto, and Petitioner's Memorandum of Law In Support, and being satisfied of the sufficiency of the application; and good cause appearing therefore,

      IT IS ON THIS 26th DAY OF JUNE, 2020 **ORDERED** that:

      The above-named Respondent, New York Hotel and Motel Trades Council, AFL-CIO ("Respondent"), show cause before the Honorable Alvin K. Hellerstein virtually by telephone, via the dial-in number (888) 363-4749 and access code 7518680, at 11:00 AM on the 30th day of June, 2020, or as soon thereafter as counsel may be heard, why an order should not be entered staying the arbitrations between the parties scheduled for June 29, 2020 and July 1, 2020 until the matter has been decided by this Court and for such other relief as the Court deems just and equitable.

**ORDERED** that Respondent shall respond to Petitioner's Motion by June 29, 2020, at 4:00 p.m.

**ORDERED** that, pending the determination of this Motion for preliminary injunctive relief, Respondent, their officers, agents, employees, and all others acting in concert or participation with them, are temporarily restrained and enjoined from directly or indirectly proceeding with the arbitrations between the parties scheduled for June 29, 2020 and July 1, 2020.

**ORDERED** that no bond is now required.

**ORDERED**, that service of a copy of this Order to Show Cause and the papers upon which it is based, and service of the Petition, on Respondent and on the Respondent's counsel, Joseph Farelli, Esq., via e-mail on or before the 26th day of June, 2020, at 4:00 p.m., and via regular mail on or before the 26th day of June, 2020, at 5:00 p.m., along with proof thereof, shall be deemed sufficient service.

SO ORDERED.

Dated: June 26, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge