UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANCROFT OWNERS INC.,

                  Petitioner,                            Case No.: 20-cv-4914

    -against-

                                                     **AFFIDAVIT OF SERVICE**

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                  Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NASSAU    )

       **PARBATIE SINGH**, being duly sworn, deposes and says:

1. I am a secretary/paralegal in the office of Milman Labuda Law Group PLLC, attorney for Plaintiff in this action, am over 21 years of age, and am not a party to this action.

2. On June 26, 2020 (before 5:00 PM), I mailed, via first-class mail, copies of (i) the signed Order to Show Cause, dated June 26, 2020, along with the papers upon which it is based and (ii) the Petition filed in this matter to the following addresses:

        Joseph Farelli, Esq.
        Pitta LLP
        120 Broadway, 28th Floor
        New York, NY 10271

        Harry Rygor
        New York Hotel and Motel Trades Council
        707 Eighth Avenue
        New York, NY 10036

                                          _____
                                          **PARBATIE SINGH**

Sworn to before me this
26th day of June, 2020

_____
**Notary Public**

NETANEL NEWBERGER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02NE6133046
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 8/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANCROFT OWNERS INC.,

                             Petitioner,                    Case No.: 20-cv-4914

    -against-

                                                           **CERTIFICATE OF SERVICE**

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                             Respondent.
------------------------------------------------------------------X

       The undersigned certifies that, on June 26, 2020 (before 4:00 PM), a true and correct copy of the signed Order to Show Cause, dated June 26, 2020, was served by electronic mail upon the following:

    Joseph Farelli, Esq.
    Pitta LLP
    120 Broadway, 28th Floor
    New York, NY 10271
    jfarelli@pittalaw.com

    Harry Rygor
    New York Hotel and Motel Trades Council
    707 Eighth Avenue
    New York, NY 10036
    hrygor@nyhtc.org

                                                  /s/ Joseph M. Labuda, Esq.
                                                  Joseph M. Labuda, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BANCROFT OWNERS INC.,

                              Petitioner,                            Case No.: 20-cv-4914

    -against-

                                                                     **CERTIFICATE OF SERVICE**

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                              Respondent.
-----------------------------------------------------------------X

       The undersigned certifies that, on June 26, 2020 (before 4:00 PM), true and correct copies of the papers in support of Petitioner's Order to Show Cause, along with the Petition, were served by electronic mail upon the following:

Joseph Farelli, Esq.
Pitta LLP
120 Broadway, 28th Floor
New York, NY 10271
jfarelli@pittalaw.com

Harry Rygor
New York Hotel and Motel Trades Council
707 Eighth Avenue
New York, NY 10036
hrygor@nyhtc.org

                                                      /s/ Gregory C. Brown Jr., Esq.
                                                      Gregory C. Brown Jr., Esq.
                                                      **MILMAN LABUDA LAW GROUP PLLC**
                                                      3000 Marcus Avenue, Suite 3W8
                                                      Lake Success, New York 11042
                                                      (516) 328-8899 (office)
                                                      (516) 328-0082 (facsimile)