UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

BANCROFT OWNERS, INC.,

Civil Action No.  1:20-cv-04914 (AKH)

                                Petitioner,

**NOTICE OF APPEARANCE**

    -against-

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,

                               Respondent.

PLEASE  TAKE  NOTICE  that  on  behalf  of  Respondent  NEW  YORK  HOTEL  &

MOTEL TRADES COUNCIL, AFL-CIO, the undersigned attorney, admitted to practice before

this Court, appears as counsel of record.

Dated:  New York, New York
       July 17, 2020

                               PITTA LLP

                               By: _____/s_____
                                    Barry N. Saltzman, Esq.
                                    120 Broadway, 28th Floor
                                    New York, NY  10271
                                    Telephone:  212-652-3827
                                    Facsimile:  212-652-3891