UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

BANCROFT OWNERS, INC.,

                        Petitioner,

   -against-

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,

                       Respondent.

Civil Action No. 1:20-cv-04914 (AKH)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that on behalf of Respondent NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO, the undersigned attorney, admitted to practice before this Court, appears as counsel of record.

Dated: New York, New York
         July 17, 2020

                                              PITTA LLP

                                              By: _____/s_____
                                                    Andrew D. Midgen, Esq.
                                                    120 Broadway, 28th Floor
                                                    New York, NY  10271
                                                    Telephone:  212-652-3829
                                                    Facsimile:  212-652-3891

{00675535-1}