UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANCROFT OWNERS INC.,

                    Petitioner,                    Case No.: 20-cv-4914 (AKH)

    -against-

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                    Respondent.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE FOR GREGORY C. BROWN JR., ESQ.

PLEASE TAKE NOTICE that Gregory C. Brown Jr., Esq. hereby appears as counsel for Petitioner. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
       October 22, 2020

                                             **MILMAN LABUDA LAW GROUP PLLC**

                                             <u>/s/ Gregory C. Brown Jr., Esq.</u>
                                             Gregory C. Brown Jr., Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042
                                             (516) 328-8899 (office)
                                             (516) 328-0082 (facsimile)

                                             *Attorneys for Petitioner*