UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BANCROFT OWNERS INC.,

                    Petitioner,                          Case No.: 20-cv-4914 (AKH)

      -against-

NEW YORK HOTEL AND MOTEL TRADES         NOTICE OF MOTION TO
COUNCIL, AFL-CIO,                                      **WITHDRAW AS COUNSEL**

                    Respondent.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that after November 25, 2020, Gregory C. Brown, Jr. will no longer be associated with the law firm Milman Labuda Law Group PLLC, counsel for Petitioner in the above-referenced matter.  Petitioner will continue to be represented by other attorneys from the law firm Milman Labuda Law Group PLLC, so Mr. Brown's withdrawal will not cause any disruption in this matter.

      Therefore, pursuant to Local Rule 1.4, Petitioner respectfully requests that the Court enter an order terminating Mr. Brown's appearance in this matter.

Dated:  Lake Success, New York
          November 25, 2020

                                                **MILMAN LABUDA LAW GROUP PLLC**

                                                /s/ Gregory C. Brown, Jr., Esq.
                                                Gregory C. Brown, Jr., Esq.
                                                3000 Marcus Avenue, Suite 3W8
                                                Lake Success, NY 11042
                                                (516) 328-8899 (office)
                                                (516) 328-0082 (facsimile)

                                                *Attorneys for Petitioner*