UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BANCROFT OWNERS INC., :
: 
                                          *Plaintiff*, : **SCHEDULING ORDER**
:
   -against- :
: 20 Civ. 4914  (AKH)
NEW YORK HOTEL AND MOTEL TRADES :
COUNCIL, AFL-CIO, :
:
                                        *Defendant*. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for oral argument on Tuesday, March 2, 2021, at 11:30 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than February 26, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:     January 14, 2021                  /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge